**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALECIA NOBLES,**

                  **Plaintiff,**

**-vs-**                                                    **Case No. 6:06-cv-856-Orl-28KRS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                  **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO RE-OPEN (Doc. No. 13)**
>
> **FILED:**    **January 19, 2007**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    This case was remanded to allow Defendant the Commissioner of Social Security an opportunity to prepare a certified administrative record. The Commissioner has accomplished that task and now brings an unopposed motion to reopen this case. Accordingly, it is respectfully **RECOMMENDED** that this case be reopened and that the clerk of court be directed to reopen the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 23, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy