UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALECIA NOBLES,**

          **Plaintiff,**

-vs-                                                 **Case No. 6:06-cv-856-Orl-28KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

          **Defendant.**

_____

## ORDER

This case is before the Court on Defendant's Motion to Re-Open (Doc. No. 13) filed January 19, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 24, 2007 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Re-Open is **GRANTED**. The Clerk is directed to re-open this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15th day of February, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party